UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
JANUARY 9, 2024 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24-cr-00010
     18 U.S.C. § 1035

WESLEY WOOD

# I N D I C T M E N T

The Grand Jury Charges:

On or about January 23, 2019, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant WESLEY WOOD knowingly and willfully made and used a materially false writing and document knowing the same to contain materially false, fictitious, and fraudulent statements and entries in connection with the delivery of health care benefits, items, and services involving a health care benefit program as defined in 18 U.S.C. § 24(b).

In violation of Title 18, United States Code, Section 1035.

## **FORFEITURE**

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461.

Pursuant to 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon conviction of defendant WESLEY WOOD of the offense in violation of 18 U.S.C. § 1035, defendant WESLEY WOOD shall forfeit to the United States of America any property, real or personal, constituting, or derived from, any proceeds traceable to the violations charged herein, and any property involved in or used in the offenses, including but not limited to United States Currency in the amount of $7,004.61. If any of the property described above, as a result of any act or omission of the defendant:

    a. Cannot be located upon exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to Title 18, United States Code, Section 982(a)(7) and Title 21, United States Code, Section 2461(c).

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
Owen A. Reynolds
Assistant United States Attorney
