IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                         CRIMINAL ACTION NO.   3:24-00010

WESLEY WOOD

**ORDER**

Pending is Defendant's unopposed Motion to Continue to Continue Trial and All Pretrial Deadlines. ECF No. 32. Defendant's counsel requests additional time to review supplemental discovery not yet received from the government and for possible resolution of the case. The requested delay is not attributable to lack of diligent preparation, failure to obtain evidence or witnesses, or congestion of the Court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, the Court **GRANTS** a brief continuance of the trial date. Trial will begin on **September 17, 2024**, at **8:30 a.m.** in Huntington. Proposed voir dire, jury instructions, and witness lists are now due on **September 10, 2024**. All pretrial motions will now be due no later than **August 19, 2024**. The pretrial motions hearing will now be held on **September 3, 2024**, at **3:00 p.m.** in Huntington. The Court **FINDS** that the time between July 16, 2024, and September 17, 2024, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

-2-

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

        ENTER:       June 17, 2024

        _____
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE